IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**QUICK STOP FOOD SHOP, INC.**,

**Plaintiff,**

v.

**VILLAGE OF CAHOKIA, ILLINOIS**
a Municipal Corporation and
**GARY CORNWELL**, Mayor and
Liquor Commissioner of the
Village of Chahokia, Illinois.

**Defendants.**                       No. 12-749-DRH

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

       Today, the Court granted plaintiff's motion for leave to file first amended complaint and plaintiff filed the same (Docs. 16 & 17).[1] The first amended complaint contains only one count against the Village of Cahokia, Illinois and Gary Cornwell - a state law claim for writ of mandamus directing defendants to return plaintiff's liquor license. It is clear from the first amended complaint that this Court no longer has federal question jurisdiction of this matter as the case only contains a state law cause of action. While the Court may still exercise supplemental jurisdiction over the state law claim, there is no reason to do so here. The Seventh Circuit observed that

---

[1] On June 27, 2012, defendants removed the case from the St. Clair County, Illinois Circuit Court to this Court based on federal question jurisdiction, 28 U.S.C. § 1331 based on Count II of plaintiff's complaint – a claim pursuant to 42 U.S.C. § 1983 for due process and equal protection violations (Doc. 2).

when "the federal claim drops out before trial and only the supplemental jurisdiction provides any basis for decision, then remand is presumptively appropriate." *Cadleway Properties, Inc. v. Ossian State Bank*, 478 F.3d 767, 769-70 (7th Cir. 2007). Accordingly, the Court **GRANTS** plaintiff's motion to remand (Doc. 14) and **REMANDS** this matter to the St. Clair County, Illinois Circuit Court.

**IT IS SO ORDERED.**

Signed this 30th day of July, 2012.

Digitally signed by David R. Herndon
Date: 2012.07.30 14:46:25 -05'00'

**Chief Judge**
**United States District Court**